540

992 A.2d 108

**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**Lamont DENNIS, Respondent.**

Supreme Court of Pennsylvania.

April 6, 2010.

## *ORDER*

PER CURIAM.

**AND NOW,** this 6th day of April 2010, the Petition for Allowance of Appeal is **GRANTED,** the Order of the Superior Court is **VACATED** and this case is **REMANDED** to the Superior Court for consideration of respondent's direct appeal as briefed. *See Commonwealth v. Liston,* 977 A.2d 1089 (Pa.2009); *Commonwealth v. Reed,* 601 Pa. 257, 971 A.2d 1216, 1225 (2009) and *Commonwealth v. Reaves,* 592 Pa. 134, 923 A.2d 1119 (2007).